IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATTY ANNE CHERRY                                                PLAINTIFF

v.                              Civil No. 6:16-cv-06067

COMMISSIONER, SOCIAL                                    DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

Comes now the Court on this the **24th day of March, 2017**, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE